UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | No. 3:08-CR-108(2) |
| | ) | |
| NATHAN GREEN | ) | |

## ORDER

No objections have been filed to the magistrate judge's findings and recommendation upon a plea of guilty issued on November 25, 2008 [Doc. No. 82]. Accordingly, the court now ADOPTS those findings and recommendation, ACCEPTS defendant Nathan Green's plea of guilty, and FINDS the defendant guilty of Counts 1 and 8 of the Indictment, in violation of 18 U.S.C. §§ 2 and 371 and 18 U.S.C. §§ 2 and 1028A.

SO ORDERED.

ENTERED:  December 16, 2008 

    /s/ Robert L. Miller, Jr.
Chief Judge
United States District Court